JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Design Collection Inc<br><br>        Plaintiff,<br><br>v.<br><br>MISYD Corporation, et al.<br><br>        Defendants. | Case No. CV 14-09735-AB (JCx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 10, 2017

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE